## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA   :   No. 85 MM 2019
EX REL. FRANK NELLOM,   :
  :
         Petitioner   :
  :
  :
  :
         v.   :
  :
  :
  :
JUDGE ANTHONY D. SCANLON OF THE   :
COURT OF COMMON PLEAS OF   :
DELAWARE COUNTY,   :
  :
         Respondent   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of September, 2019, the Application for Leave to File Original Process is GRANTED. The "Petition for Writ of Habeas Corpus Relief from Unlawful Incarceration" and the "Application for Release on Original Bail pending Appeal" are DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.